H. CLIFFORD SPURR, as Receiver of the Property of MERVIN HALL, Appellant, *v.* JUDSON C. PISHER, Respondent, Impleaded with Others.

*Spurr* v. *Hall,* 46 App. Div. 454, affirmed.
(Argued June 21, 1901; decided July 10, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 9, 1900, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term and granting a new trial.

*W. E. Davis* and *Marvin W. Wynne* for appellant.

*Frank M. Goff* for respondent.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.